IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:89-CR-00009-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CARL ROBERT CHRISTY, | ) |
| Defendant. | ) |

Before the court is Defendant's Motion for Early Termination of Supervised Release for Medical Reasons [DE-17]. In his motion, Defendant argues that he should be terminated from supervised release early based upon his demonstrated compliance with his terms of supervision and his treatment for cancer. The court has been advised that the U.S. Probation Office and the Government have no objection. Accordingly, Defendant's Motion for Early Termination of Supervised Release for Medical Reasons [DE-17] is ALLOWED.

SO ORDERED.

This, the 23rd day of May, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge